# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **SCOTT ROBERT MARTIN LOY, SR.,** **Defendant.** | CR 20-13-H-BMM <br><br> ORDER |

Upon the motion of the United States of America, and for good cause shown, the indictment is dismissed without prejudice. See R. Crim. P. 48(a).

DATED this 2nd day of February 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1